HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Audra Blankers, *et al.*,

    Plaintiffs,

    v.

Pushpay USA, Inc.,

    Defendant.

Case No.  2:21-cv-01549-RAJ

ORDER

    This matter comes before the Court on Plaintiffs' Motion for an Order to Waive Local Rule 83.1(d)(2) to Allow Plaintiff's Washington Counsel to Proceed as Local Counsel.  Dkt. # 2.

    Finding good cause, the Court waives Local Civil Rule 83.1(d) to the extent that the rule requires Plaintiffs—already represented by a properly admitted *pro hac vice* attorney—to also be represented by local counsel.  Plaintiffs' current counsel, Matthew Z. Crotty, may proceed as local counsel for all purposes.

    DATED this 30th day of November, 2021.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 1