UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUDRA BLANKERS and W.B.T. ARNOLD, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PUSHPAY USA, Inc.,<br><br>Defendant. | CASE NO. 2:21-cv-01549-JHC<br><br>ORDER APPROVING REVISED NOTICE |

Upon consideration of Plaintiffs' Unopposed Motion for Approval of the Amended Class and Collective Settlement Notice (Dkt. # 22), the Court approves the revised notice. The Court directs the Settlement Administrator to distribute the revised notice to the Settlement class members pursuant to the schedule provided in the Court's Order Re Plaintiffs' Amended Motion to Certify Class. Dkt. # 21.

Dated this 20th day of July, 2022.

*John H. Chun*

John H. Chun
United States District Judge

ORDER APPROVING REVISED NOTICE - 1